IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:15-CR-153** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **GLAUCO KELVIN CELEDONIO-SMITH,** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

# **ORDER**

AND NOW, this 20th day of May, 2016, upon consideration of the motion (Doc. 316) filed by defendant Glauco Kelvin Celedonio-Smith ("Celedonio-Smith") seeking permission to withdraw his previously-filed motion (Doc. 302) to suppress evidence and to cancel the suppression hearing scheduled by the court thereupon, and the court noting the concurrence of the government in Celedonio-Smith's instant request, (see id. ¶ 4), it is hereby ORDERED that:

1. Celedonio-Smith's motion (Doc. 316) to withdraw motion to suppress evidence and cancel hearing is GRANTED.

2. Celedonio-Smith's motion (Doc. 302) to suppress evidence is deemed WITHDRAWN.

3. The suppression hearing scheduled for Monday, May 23, 2016, at 10:00 a.m. is CANCELLED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania